UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
United States et al. ex rel. MICHELLE SAGE,         :
                                    Plaintiff,      :
                                                    :            22 Civ. 7847 (LGS)
                       -against-                    :
                                                    :                ORDER
ROTECH HEALTHCARE, INC.,                            :
                                    Defendant.      :
------------------------------------------------------------ :
                                                    X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 14, 2026, Relator, Defendant Rotech Healthcare, Inc. and the State

of Washington filed a joint stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii), to the

dismissal of all claims against Defendant in this action.

WHEREAS, the stipulation of dismissal stated that the United States consented to

dismissal and would file a letter confirming the same.

WHEREAS, on April 27, 2026, the Court directed the Government to file the letter

confirming its consent to dismissal by May 1, 2026.  It is hereby

**ORDERED** that the Government shall file the letter as soon as practicable and no later

than **May 8, 2026**.

Dated: May 4, 2026
       New York, New York

_____
        **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**